The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHOKOFEH TABARAIE, DDS, PLLC,<br><br>        Plaintiff,<br><br> v.<br><br>ASPEN AMERICAN INSURANCE COMPANY,<br><br>        Defendant. | Civil Action No. 2:20-cv-01035-BJR<br><br>**STIPULATED MOTION AND ORDER** |

Stipulated Motion and Order Case:
2:20-cv-01035-BJR

Sidley Austin LLP
1420 Fifth Ave., Suite 1400
Seattle, WA 98101
415.439.1799

Plaintiff Shokofeh Tabaraie, DDS, PLLC and Defendant Aspen American Insurance Company stipulate that Plaintiff shall file an amended complaint and that Defendant's pending motion to dismiss is therefore moot.

WHEREAS:

1. On August 31, 2020, Defendant moved to dismiss Plaintiff's lawsuit for failure to state a claim upon which relief can be granted. Dkt. 14.

2. On September 16, 2020, the above-captioned lawsuit was re-assigned to Judge Barbara J. Rothstein.

3. On September 17, 2020, Plaintiff's counsel indicated via email to Aspen's counsel that Plaintiff intended to file an amended complaint as a matter of right. The amended complaint, once filed, will moot the motion to dismiss that Defendant filed on August 31, 2020.

4. The Parties agree that Federal Rules of Civil Procedure (the "Rules") dictate the appropriate timing of their respective actions.

5. The Parties submit this stipulated motion for the avoidance of all doubt and to memorialize their understanding. The stipulated motion is made in the interest of justice, not to delay the proceedings, and will not prejudice any party. The Parties do not waive any claims or defenses with this stipulation.

IT IS HEREBY STIPULATED AND AGREED, pending the Court's approval, that (1) Plaintiff shall file an amended complaint no later than September 21, 2020 in accordance with the Rules; (2) Defendant's motion to dismiss, Dkt. 14, is hereby moot and is accordingly taken off calendar; and (3) Defendant shall answer, move, or otherwise respond to Plaintiff's amended complaint no later than October 5, 2020 in accordance with the Rules.

The Parties respectfully request the Court to enter the accompanying Proposed Order granting the above-articulated stipulated agreement.

[*signatures on next page*]

STIPULATED MOTION AND ORDER CASE:
2:20-CV-01035-BJR

SIDLEY AUSTIN LLP
1420 FIFTH AVE., SUITE 1400
SEATTLE, WA 98101
415.439.1799

1

DATED this 19th day of September, 2020.

| | |
|---|---|
| RUIZ & SMART<br>PLAINTIFF LITIGATION PLLC | SIDLEY AUSTIN LLP |
| /s/ Isaac Ruiz*<br>Isaac Ruiz, WSBA No. 35237<br>RUIZ & SMART PLAINTIFF LITIGATION PLLC<br>95 S. Jackson St., Suite 100<br>Seattle, WA 98104<br>Telephone: (206) 203-9100<br>Facsimile: (206) 785-1702<br>iruiz@plaintifflit.com<br><br>**Attorneys for Plaintiff**<br><br>*Signed with permission. | /s/ Robin E. Wechkin<br>Robin E. Wechkin, WSBA No. 24746<br>SIDLEY AUSTIN LLP<br>1420 Fifth Avenue, Suite 1400<br>Seattle, WA 98101<br>Telephone: (415) 439-1799<br>rwechkin@sidley.com<br><br>Yvette Ostolaza, *pro hac vice*<br>Yolanda C. Garcia, *pro hac vice*<br>SIDLEY AUSTIN LLP<br>2021 McKinney Avenue, Suite 2000<br>Dallas, Texas 75201<br>Telephone: (214) 981-3401<br>Facsimile: (214) 981-3400<br>yvette.ostolaza@sidley.com<br>ygarcia@sidley.com<br><br>**Attorneys for Defendant** |

# ORDER

The Court has considered Plaintiff Shokofeh Tabaraie DDS PPLC's and Defendant Aspen American Insurance Company's Stipulated Motion and [Proposed] Order. The Court **HEREBY ORDERS** the following:

1. Plaintiff shall file an amended complaint no later than September 21, 2020.
2. Defendant's motion to dismiss (dkt. 14) is hereby MOOT and is accordingly taken off calendar.
3. Defendant shall answer, move, or otherwise respond to Plaintiff's amended complaint no later than October 5.

**IT IS SO ORDERED.**

Dated: September 21, 2020.

_Barbara J. Rothstein_
Honorable Barbara J. Rothstein
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER  CASE:
2:20-CV-01035-BJR

3

SIDLEY AUSTIN LLP
1420 FIFTH AVE., SUITE 1400
SEATTLE, WA 98101
415.439.1799