The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHOKOFEH TABARAIE, DDS, PLLC,<br><br>                                  Plaintiff,<br><br>   v.<br><br>ASPEN AMERICAN INSURANCE COMPANY,<br><br>                                  Defendant. | Civil Action No. 2:20-cv-01035-BJR<br><br>**STIPULATED MOTION AND ORDER** |

STIPULATED MOTION AND ORDER CASE:
2:20-CV-01035-BJR

SIDLEY AUSTIN LLP
1420 FIFTH AVE., SUITE 1400
SEATTLE, WA 98101
415.439.1799

Plaintiff Shokofeh Tabaraie, DDS, PLLC and Defendant Aspen American Insurance Company stipulate that Defendant shall answer, move, or otherwise respond to Plaintiff's amended complaint, Dkt. 23, no later than October 15, 2020.

WHEREAS:

1. On August 31, 2020, Defendant moved to dismiss Plaintiff's lawsuit for failure to state a claim upon which relief can be granted.  Dkt. 14.

2. On September 16, 2020, this case was re-assigned to Judge Barbara J. Rothstein.

3. On September 17, 2020, Plaintiff's counsel indicated via email to Defendant's counsel that Plaintiff intended to file an amended complaint as a matter of right.  Plaintiff filed the amended complaint on September 21, 2020.  Dkt. 23.

4. Under the Federal Rules of Civil Procedure, Defendant's response to Plaintiff's amended complaint is due October 5, 2020.

5. On October 2, 2020, counsel for the parties conferred via telephone and agreed to extend Defendant's deadline to respond to Plaintiff's amended complaint by ten days.  The new agreed deadline would be October 15, 2020.

6. The parties submit this stipulated motion in the interest of justice and not to delay the proceedings.  The stipulation will not prejudice either party.  The parties do not waive any claims or defenses with this stipulation.

IT IS HEREBY STIPULATED AND AGREED, pending the Court's approval, that Defendant's deadline to answer, move, or otherwise respond to Plaintiff's amended complaint shall be October 15, 2020.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

STIPULATED MOTION AND ORDER CASE:
2:20-CV-01035-BJR

1

SIDLEY AUSTIN LLP
1420 FIFTH AVE., SUITE 1400
SEATTLE, WA 98101
415.439.1799

The parties respectfully request the Court to enter the accompanying Proposed Order granting the relief to which the parties have stipulated.

DATED this 2nd day of October, 2020.

| | |
|---|---|
| RUIZ & SMART PLAINTIFF LITIGATION PLLC | SIDLEY AUSTIN LLP |
| /s/ Isaac Ruiz* | /s/ Robin E. Wechkin |
| Isaac Ruiz, WSBA No. 35237<br>RUIZ & SMART PLAINTIFF LITIGATION PLLC<br>95 S. Jackson St., Suite 100<br>Seattle, WA 98104<br>Telephone: (206) 203-9100<br>Facsimile: (206) 785-1702<br>iruiz@plaintifflit.com | Robin E. Wechkin, WSBA No. 24746<br>SIDLEY AUSTIN LLP<br>1420 Fifth Avenue, Suite 1400<br>Seattle, WA 98101<br>Telephone: (415) 439-1799<br>rwechkin@sidley.com |
| **Attorneys for Plaintiff** | Yvette Ostolaza, *pro hac vice*<br>Yolanda C. Garcia, *pro hac vice*<br>SIDLEY AUSTIN LLP<br>2021 McKinney Avenue, Suite 2000<br>Dallas, Texas 75201<br>Telephone: (214) 981-3401<br>Facsimile: (214) 981-3400<br>yvette.ostolaza@sidley.com<br>ygarcia@sidley.com |
| *Signed with permission.* | **Attorneys for Defendant** |

**ORDER**

The Court has considered Plaintiff Shokofeh Tabaraie DDS PPLC's and Defendant Aspen American Insurance Company's Stipulated Motion and [Proposed] Order. The Court **HEREBY ORDERS** that Defendant's deadline to answer, move, or otherwise respond to Plaintiff's amended complaint shall be October 15, 2020.

**IT IS SO ORDERED.**

Dated: October 5, 2020.

_____
Honorable Barbara J. Rothstein
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER CASE:
2:20-CV-01035-BJR

3

SIDLEY AUSTIN LLP
1420 FIFTH AVE., SUITE 1400
SEATTLE, WA 98101
415.439.1799