The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHOKOFEH TABARAIE, DDS, PLLC,<br><br>         Plaintiff,<br><br> v.<br><br>ASPEN AMERICAN INSURANCE COMPANY,<br><br>         Defendant. | Civil Action No. 2:20-cv-01035-BJR<br><br>**STIPULATED MOTION AND ORDER** |

STIPULATED MOTION AND ORDER CASE:
2:20-CV-01035-BJR

SIDLEY AUSTIN LLP
1420 FIFTH AVE., SUITE 1400
SEATTLE, WA 98101
415.439.1799

Plaintiff Shokofeh Tabaraie, DDS, PLLC and Defendant Aspen American Insurance Company stipulate that Defendant shall respond to Plaintiff's amended complaint, Dkt. 23, no later than October 26, 2020.

WHEREAS:

1. On August 31, 2020, Defendant moved to dismiss Plaintiff's lawsuit for failure to state a claim upon which relief can be granted. Dkt. 14.

2. On September 16, 2020, this lawsuit was re-assigned to Judge Barbara J. Rothstein as part of a broader re-assignment of all matters in the District involving COVID-19 business insurance issues.

3. Plaintiff filed an amended complaint on September 21, 2020. Dkt. 23.

4. Under the Federal Rules of Civil Procedure, Defendant had fourteen days to respond to Plaintiff's amended complaint, for a deadline of October 5, 2020.

5. On September 29, 2020, the Court issued a First Scheduling Order. Dkt. 24. Under this Order, counsel for the parties are required to meet and confer to discuss six questions posed by the Court regarding the case management protocol that the Court "anticipates establishing . . . to facilitate the orderly resolution of these cases."

6. On October 2, 2020, counsel for the parties conferred via telephone. In light of the Court's First Scheduling Order, the parties agreed to extend Defendant's deadline to respond to Plaintiff's amended complaint by ten days. The new agreed deadline was October 15, 2020.

7. On October 13, 2020, counsel for the parties conferred via email and agreed, in light of ongoing discussions among the parties to this and other actions pursuant to the Court's First Scheduling Order, to a further 11-day extension of Defendant's deadline to respond to Plaintiff's amended complaint. The new agreed-upon deadline is October 26, 2020.

8. The parties submit this stipulated motion to memorialize their understanding. The stipulated motion is made in the interest of justice, not to delay the proceedings, and will not prejudice any party. The parties do not waive any claims or defenses by means of this stipulation.

/ / /

/ / /

1  IT IS HEREBY STIPULATED AND AGREED, pending the Court's approval, that Defendant's deadline to respond to Plaintiff's amended complaint shall be October 26, 2020.

The parties respectfully request the Court to enter the accompanying Proposed Order granting the relief to which they have stipulated.

DATED this 13th day of October, 2020.

| RUIZ & SMART PLAINTIFF LITIGATION PLLC | SIDLEY AUSTIN LLP |
|---|---|
| /s/ Isaac Ruiz* <br> Isaac Ruiz, WSBA No. 35237 <br> RUIZ & SMART PLAINTIFF LITIGATION PLLC <br> 95 S. Jackson St., Suite 100 <br> Seattle, WA 98104 <br> Telephone: (206) 203-9100 <br> Facsimile: (206) 785-1702 <br> iruiz@plaintifflit.com <br><br> **Attorneys for Plaintiff** <br><br> *Signed with permission. | /s/ Robin E. Wechkin <br><br> Robin E. Wechkin, WSBA No. 24746 <br> SIDLEY AUSTIN LLP <br> 1420 Fifth Avenue, Suite 1400 <br> Seattle, WA 98101 <br> Telephone: (415) 439-1799 <br> rwechkin@sidley.com <br><br> Yvette Ostolaza, *pro hac vice* <br> Yolanda C. Garcia, *pro hac vice* <br> SIDLEY AUSTIN LLP <br> 2021 McKinney Avenue, Suite 2000 <br> Dallas, Texas 75201 <br> Telephone: (214) 981-3401 <br> Facsimile: (214) 981-3400 <br> yvette.ostolaza@sidley.com <br> ygarcia@sidley.com <br><br> **Attorneys for Defendant** |

# ORDER

The Court has considered Plaintiff Shokofeh Tabaraie DDS PPLC's and Defendant Aspen American Insurance Company's Stipulated Motion and [Proposed] Order. The Court **HEREBY ORDERS** that Defendant's deadline respond to Plaintiff's amended complaint shall be October 26, 2020.

**IT IS SO ORDERED.**

Dated: October 13, 2020.

_____
Honorable Barbara J. Rothstein
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER  CASE:
2:20-CV-01035-BJR

SIDLEY AUSTIN LLP
1420 FIFTH AVE., SUITE 1400
SEATTLE, WA 98101
415.439.1799

3