The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHOKOFEH TABARAIE, DDS, PLLC,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>ASPEN AMERICAN INSURANCE COMPANY,<br><br>　　　　　　　　　　　Defendant. | Civil Action No.  2:20-cv-01035-BJR<br><br>**STIPULATED MOTION AND ORDER** |

Plaintiff Shokofeh Tabaraie, DDS, PLLC and Defendant Aspen American Insurance Company stipulate that Defendant's deadline to respond to Plaintiff's amended complaint is stayed pending the case management conference scheduled for November 9, 2020.

WHEREAS:

1. On August 31, 2020, Defendant moved to dismiss Plaintiff's lawsuit for failure to state a claim upon which relief can be granted.

2. Plaintiff filed an amended complaint on September 21, 2020.

3. Under the Federal Rules of Civil Procedure, Defendant's response to the complaint was originally due October 5, 2020.  Pursuant to stipulations entered by the Court, Defendant's response is currently due October 26, 2020.

4. The Court has directed the parties to this action and numerous other COVID-19 business interruption insurance actions pending in this District to meet and confer as to how all of these actions might be most efficiently managed.  The parties are in the midst of that meet and confer process.

5. The Court has set a case management conference in these actions for November 9, 2020.

6. On October 21, 2020, the Court entered orders in three other matters pending against Defendant.  In those orders, the Court stayed Defendant's deadlines to respond to those plaintiffs' complaints until after the November 9, 2020 case management conference, at which the Court will issue new deadlines.  The three other matters are *Wade K. Marler, DDS v. Aspen American Insurance Company*, No. 2:20-cv-00616-BJR; *Karla Aylen, DDS, PLLC v. Aspen American Insurance Company*, No. 2:20-cv-00717-BJR; and *Kathryn L. Jagow, DDS v. Aspen American Insurance Company*, No. 2:20-cv-01205-BJR.

7. In the interest of efficiency, the parties have agreed to the same response date stay in this case that the Court entered in *Marler*, *Aylen* and *Jagow*.

8. This stipulation is made in the interest of justice, not to delay the proceedings, and will not prejudice any party.  The parties do not waive any claims or defenses by means of this stipulation.

STIPULATED MOTION AND ORDER CASE:
2:20-CV-01035-BJR

1

SIDLEY AUSTIN LLP
1420 FIFTH AVE., SUITE 1400
SEATTLE, WA 98101
415.439.1799

IT IS HEREBY STIPULATED AND AGREED, pending the Court's approval, that Defendant's deadline to respond to Plaintiff's is stayed pending the November 9, 2020 case management conference, at which the Court will issue a new deadline.

The parties respectfully request the Court to enter the accompanying Proposed Order granting the relief to which they have stipulated.

DATED this 23rd day of October, 2020.

| | |
|---|---|
| RUIZ & SMART PLAINTIFF LITIGATION PLLC | SIDLEY AUSTIN LLP |
| /s/ Isaac Ruiz* <br> Isaac Ruiz, WSBA No. 35237 <br> RUIZ & SMART PLAINTIFF LITIGATION PLLC <br> 95 S. Jackson St., Suite 100 <br> Seattle, WA 98104 <br> Telephone: (206) 203-9100 <br> Facsimile: (206) 785-1702 <br> iruiz@plaintifflit.com <br><br> **Attorneys for Plaintiff** <br><br> *Signed with permission. | /s/ Robin E. Wechkin <br> Robin E. Wechkin, WSBA No. 24746 <br> SIDLEY AUSTIN LLP <br> 1420 Fifth Avenue, Suite 1400 <br> Seattle, WA 98101 <br> Telephone: (415) 439-1799 <br> rwechkin@sidley.com <br><br> Yvette Ostolaza, *pro hac vice* <br> Yolanda C. Garcia, *pro hac vice* <br> SIDLEY AUSTIN LLP <br> 2021 McKinney Avenue, Suite 2000 <br> Dallas, Texas 75201 <br> Telephone: (214) 981-3401 <br> Facsimile: (214) 981-3400 <br> yvette.ostolaza@sidley.com <br> ygarcia@sidley.com <br><br> **Attorneys for Defendant** |

**ORDER**

The Court has considered Plaintiff Shokofeh Tabaraie DDS PPLC's and Defendant Aspen American Insurance Company's Stipulated Motion and [Proposed] Order. The Court **HEREBY ORDERS** that Defendant's deadline respond to Plaintiff's amended complaint is stayed pending the November 9, 2020 case management conference, at which the Court will issue a new deadline. **IT IS SO ORDERED.**

Dated: October 26, 2020

_____
Honorable Barbara J. Rothstein
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER  CASE:
2:20-CV-01035-BJR

3

SIDLEY AUSTIN LLP
1420 FIFTH AVE., SUITE 1400
SEATTLE, WA 98101
415.439.1799